# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>SHERRY ELIZABETH LOZANO,<br>AKA: SHERRY LOZANO<br>                    Defendant. | CASE NO. 16-cr-00347-JLS<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_x_**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**_X_**    of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine, Cocaine, and Heroin (Felony)(1)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/14/16

William V. Gallo
U.S. Magistrate Judge

FILED
JUL 14 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY