# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

            vs.

SHERRY ELIZABETH LOZANO,
AKA: SHERRY LOZANO
                    Defendant.

CASE NO. 16-cr-00347-JLS

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__x__ an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal,
without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of
acquittal; or

____ a jury has been waived, and the Court has found the defendant not
guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 – Importation of Methamphetamine, Cocaine, and Heroin

(Felony)(1)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/14/16

William V. Gallo
U.S. Magistrate Judge

FILED

JUL 1 4 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY